DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK BOYD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1856

[December 22, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 05-015814CF10A.

Patrick Boyd, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Roughton v. State*, 185 So. 3d 1207, 1210 (Fla. 2016) (as to Issue 1); *Burgess v. State*, 831 So. 2d 137, 142 (Fla. 2002) (as to Issue 2); *see Cadet v. State*, 274 So. 3d 1178, 1179–80 (Fla. 3d DCA 2019) (as to Issue 3).

WARNER, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***